(Post 11/2015)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 27 2023

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
___Central___ DIVISION

Donald R. Kinsey

_____

_____

(Name of plaintiff or plaintiffs)

v.

Defense Finance & Accounting Service

_____

_____

(Name of defendant or defendants)

CIVIL ACTION NO. __4:23-cv-146-DPM__
(case number to be supplied by the assignment clerk)

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Ervin__

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Donald R. Kinsey, is a
(name of plaintiff)
citizen of the United States and resides at __7105 Shannon Rd.__,
(street address)
__Pine Bluff__, __Jefferson__, __ARK__, __71603__,
(city)          (county)          (state)          (ZIP)
__(203) 549-5505__.
(telephone)

3. Defendant, Dept of Defense Defense Finance & Acct Svc, lives at, or its
(name of defendant)
business is located at __4174 Kaufman Ave__, __Ft Lewis__,
(street address)                                    (city)
__Pierce__, __WA__, __98433__.
(county)          (state)          (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at ____4174 Kaufman Ave____, ____Joint Base Lewis McChord____,
                      (street address)                                          (city)

____Pierce____, ____WA____, ____98433____.
    (county)        (state)              (ZIP)

5.      Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about ____1____ ____23____ ____2012____.
                                              (month)        (day)         (year)

6.      Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about ____6____ ____02____ ____2019____.
                                                           (month)     (day)     (year)

7.      The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on ____March____ ____6____ ____2020____, a copy of which notice
                                       (month)    (day)   (year)
is attached to this complaint.

8.      Because of plaintiff's (1) _____ race, (2) _____ color, (3)_____ sex,

(4) _____ religion, (5) _____ national origin, defendant:

        (a) ____✓____ failed to employ plaintiff.

        (b) _____ terminated plaintiff's employment.

        (c) _____ failed to promote plaintiff.

        (d) _____ _____

____Retaliation from a previous EEOC charge - denial - reasonably____

____accommodation. Military Veteran with more than 80% disability.____

_____

_____

9.      The circumstances under which the defendant discriminated against plaintiff were

as follows: _Applied for several jobs after leaving the company for less than or about 6 months. This was before the deans final decision for the EEOC complaint about the denial of reasonable accommodation. Applied in 2017, 2018 and 2019, was told I was referred but not hired. Told I did not meet time in Grade after working for DFAS since 2009 to 2017. My accomplishments, awards, Finance (militan Pay) knowledge did not matter. Because I tried to get promoted, and my Doctor asked for Reasonable accommodation, that was denied. I was rejected at Ft. Lewis._

10.    The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) __✗__ may still be being committed by defendant.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) __✗__ Defendant be directed to _pay restitution and hardship Ducted._

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

**Equal Employment Opportunity Commission**
**San Francisco District Office**
**450 Golden Gate Ave.**
**5 West, P.O. Box 36025**
**San Francisco, CA 94102-3661**

RECEIVED

MAR 06 2020

SFDO-HEARINGS,

Dear Sir/Madam:

I am requesting the appointment of an Equal Employment Opportunity Commission Administrative Judge pursuant to 29 CFR 1614.108(g). I hereby certify that either more than 180 days have passed from the date I filed my complaint or I have received a notice from the agency that I have thirty (30) days to elect a hearing or a final agency decision.

My name:     Donald R. Kinsey

Address      7105 Shannon Rd
             Pine Bluff, AR 71603

Agency's Name: DFAS
Agency Case No:     DFAS-00181-2019

**In accordance with section 1614.108(g), I have sent a copy of this request for a hearing to the following person at the agency:**

Name:     Director, Office of Equal Opportunity Programs
          Defense Finance and Accounting Service Indianapolis
          OEOP, Column 322L-1
          8899 E. 56th Street
          Indianapolis, IN 46249-0140

          Lauren A Aggen
          lauren.a.aggen.civ@mail.mil

Sincerely,

Donald R. Kinsey

2/28/2020
(Name & Signature of Appellant)

Donald Kinsey
7105 Shannon Rd
Pine Bluff, AR 71603

BREAST CANCER

USA
2014

First-Class

Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave.
5 West, P.O. Box 36025
San Francisco, CA 94102-3661

**DEFENSE FINANCE AND ACCOUNTING SERVICE**
8899 EAST 56TH STREET
INDIANAPOLIS, IN 46249-0206

DFAS-ZO IN                                                February 28, 2020

In the Complaint of:
Donald Kinsey
v.
Mark T. Esper
Secretary,
Department of Defense
RE:  Agency Docket #
DFAS-00181-2019

Via email: drk.x2c@gmail.com

Donald Kinsey
7105 Shannon Road
Pine Bluff, ▀▀ 71603
         AR

Dear Mr. Kinsey:

On June 4, 2019, you filed a formal EEO complaint of discrimination which was accepted on July 1, 2019.  The claim accepted for investigation was:

Whether you were discriminated against based on disability (physical) and reprisal (prior EEO protected activity) when on or about March 25, 2019, you were not selected for appointment to a GS-0545-4/5, Military Pay Technician position in the Defense Finance and Accounting Service, Defense Military Pay Office, Joint Base Lewis-McChord, announced under DFAS Vacancy Announcement LS-10445512-19.

The Agency has completed the investigation of your complaint.  Enclosed is a copy of the Report of Investigation (ROI or record) for your information and review.  After receiving the ROI, it was determined that additional documents were necessary.  Therefore, they are attached as: "Additional Documents_Donald Kinsey."  After you have reviewed the ROI, you have certain rights that are explained below.  Please review the ROI and your rights and take the

action you deem appropriate.  Please note that you must take action within the specific deadlines indicated below.

## A.    RIGHT TO A HEARING

You have the right to request a hearing and decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ).  A hearing request form is included for this purpose.  If you choose to request a hearing, **you must submit a written request for a hearing within thirty (30) calendar days of your receipt of this letter to:**

**Equal Employment Opportunity Commission**
**San Francisco District Office**
**450 Golden Gate Avenue**
**5 West, P.O. Box 36025**
**San Francisco, CA 94102-3661**

**You must also provide a copy of your request for a hearing to:**

**Director, Office of Equal Opportunity Programs**
**Defense Finance and Accounting Service Indianapolis**
**OEOP, Column 322L-1**
**8899 E. 56th Street**
**Indianapolis, IN 46249-0140**
**or**
**by email to lauren.a.aggen.civ@mail.mil**

The EEOC will advise you of further requirements for processing your complaint through the hearing stage.  The EEOC AJ has the authority to determine if the case can be decided without a hearing, or if they will hold a hearing.  The AJ may notify the parties that the right of discovery exists, and may request a list of your proposed witnesses and the testimony each will present.  The AJ will coordinate the time and place of the hearing.  You should begin to prepare now, because you will be expected to proceed without delay in presenting your complaint to the EEOC AJ.  If you intend to have a representative present, you should obtain representation now and inform the EEOC and this office of your designated representative.

## B.    RIGHT TO AN AGENCY DECISION WITHOUT A HEARING

You have the right to request a decision from the Agency without a hearing.  The decision will be based on the Official Record enclosed.  **You must submit a written request for a final agency decision without a hearing within thirty (30) calendar days of your receipt of this letter to:**

Director, Equal Employment Opportunity Programs
Defense Finance and Accounting Service Indianapolis
OEOP, Column 322L-1
8899 E. 56th Street
Indianapolis, IN 46249-0140

**or**
**by email to lauren.a.aggen.civ@mail.mil**

### C.    WITHDRAWAL

You have the option to withdraw your complaint which would cease further processing of your complaint.

### D.    RIGHT TO FILE A CIVIL ACTION

In accordance with Title 29 Code of Federal Regulations (CFR) 1614.407, you have the right to file a civil action in the appropriate U.S. District Court after 180 calendar days from the date you filed your formal EEO complaint (June 4, 2019).

### FAILURE TO EXERCISE RIGHTS/FAILURE TO NOTIFY

If, within thirty (30) calendar days of your receipt of this letter, you fail to exercise one of your rights listed above, and/or if you fail to provide a copy of your request to this office, the Agency will issue a final decision in accordance with 29 CFR 1614.110.

If you have questions regarding this letter, please contact Ms. Lauren Aggen, 317-212-8141 or lauren.a.aggen.civ@mail.mil.

Sincerely,

COBURN.SCOTT.A Digitally signed by
COBURN.SCOTT.ALLEN.1207040912
LLEN.1207040912 Date: 2020.02.27 13:03:14 -05'00'

Scott A. Coburn
Equal Employment Manager
Office of Equal Opportunity Programs

Enclosures:  EEOC Hearing Request Form
            Post Investigation Election Form

# OFFICE OF EQUAL OPPORTUNITY PROGRAMS (OEOP)

## POST INVESTIGATION ELECTION FORM

**Donald Kinsey**
**DFAS-00181-2019**

As stated on the *Advisement of Rights Notice*, please indicate your election by checking the box next to **ONE** of the following processing options.

☐ **A. RIGHT TO A HEARING.** Request a hearing from the Equal Employment Opportunity Commission. **Note: If you select this option, please fill out the attached Hearing Request Form. Remember to provide OEOP a copy of your request for a hearing.**

☐ **B. RIGHT TO AN AGENCY DECISION WITHOUT A HEARING.** Request a final agency decision (FAD) from the Office of Employment Opportunity Programs (OEOP).

☐ **C. WITHDRAWAL.** By checking this box, I voluntarily withdraw my complaint. I understand that my withdrawal is final, that processing of my complaint will cease, and I am precluded from reinstating these matters in the future. This withdrawal is voluntary, and no one, including agents of the Office of Equal Opportunity Programs, Defense Finance and Accounting Service, nor any other Federal agency, has coerced, intimidated, or threatened me to take this action.

☐ **D. RIGHT TO FILE A CIVIL ACTION.** File a civil action in the appropriate U.S. District Court after 180 calendar days from the date you filed your formal EEO complaint.

**Please mail this form to:**
**Director, Office of Equal Opportunity Programs**
**Defense Finance and Accounting Service Indianapolis**
**OEOP, Column 322L-1**
**8899 E. 56th Street**
**Indianapolis, IN 46249-0140**
**Or**
**Email the form to:**
**Lauren.a.aggen.civ@mail.mil**

_____                    _____
Complainant's Name                           Date

**The summary is as follows:**

Before I left JBLM Finance, I had submitted a formal complaint against the leadership. This complaint begins in 2016 and was finalized (adjudicated) in 2018. However, April 2017, I stop serving as a military pay technician in order to receive some quality rest and recuperation from the stress of the job and the prescribed medication for my Ankyloses Spondylitis and the severe headaches (not migraines). I had been at my post since September 2009. For 5 years I did the same job, and was denied promotion several times because... (I don't know because I was not given that information – I was told at least twice that I could not get promoted because I worked in the Soldier's Readiness Center. I was told by one of the commanders during a meeting that "it's none of your business."

Several months after I had stopped working, I submitted several applications. I wanted to get back to the job I so much enjoyed. So my recent encounters with the hiring authorities at JBLM (Mr. Prester) is as follow ·

# Notification

Date: 4/24/2019 2:50:47 PM
From: USA Staffing
Subject: Disposition Letter for MILITARY PAY TECHNICIAN, LS-10445512-19
Dear Donald Kinsey,

Keeping you informed throughout the application process is important to us. You applied for:

Position Title: MILITARY PAY TECHNICIAN
Pay Plan: GS
Series/Grade: 0545 - 4/5
Vacancy ID: 10445512
Announcement Number: **LS-10445512-19**
Hiring Office: Defense Finance and Accounting Service

The details of your recent referral are as follows:

Appointment Type:
Specialty / Grade: 0545 - 4/5
Locations: Joint Base Lewis-McChord, Washington

The selecting official carefully considered the application packages.
The following is your referral status for the position or positions to which you applied:

- You have been referred to the hiring manager for position GS-0545-5 in Joint Base Lewis-McChord, Washington

We regret to inform you that you were not selected for the position of:

- GS-0545-5 in Joint Base Lewis-McChord, Washington

# Notification

**Date:** 2/5/2019 3:02:14 PM
**From:** USA Staffing
**Subject:** Disposition Letter for MILITARY PAY TECHNICIAN. D-DFAS-10383108-19
Dear Donald Kinsey,

Keeping you informed throughout the application process is important to us. You applied for:

Position Title: MILITARY PAY TECHNICIAN
Pay Plan: GS
Series/Grade: 0545 - 5
Vacancy ID: 10383108
Announcement Number: D-DFAS-10383108-19
Hiring Office: Defense Finance and Accounting Service

The details of your recent referral are as follows:

Appointment Type:
Specialty / Grade: 0545 - 5
Locations: Fort Leonard Wood, Missouri. Fort Bragg, North Carolina, Fort Hood. Texas, Fort Riley. Kansas, and Joint Base Lewis-McChord, Washington

The selecting official carefully considered the application packages.
The following is your referral status for the position or positions to which you applied:

- You have been referred to the hiring manager for position GS-0545-5 in Fort Hood. Texas
- You have been referred to the hiring manager for position GS-0545-5 in Joint Base Lewis-McChord, Washington


We regret to inform you that you were not selected for the position of:

- GS-0545-5 in Fort Hood, Texas
- GS-0545-5 in Joint Base Lewis-McChord. Washington

# Notification

**Date:** 9/13/2018 10:23:12 AM
**From:** USA Staffing
**Subject:** Your Application Status for MILITARY PAY TECHNICIAN
Dear Donald Kinsey,

This refers to the application you submitted 7/18/2018 2:17 EDT for the position below.

Position Title: MILITARY PAY TECHNICIAN
Series/Grade: GS - 0545 - 5
Vacancy ID: 10252380
Announcement #: ML-10252380-18
Agency: Defense Finance and Accounting Service
Duty Location: Fort Irwin, California, Presidio, California, Fort Carson, Colorado, MacDill AFB, Florida, Fort Benning, Georgia, Fort Gordon, Georgia, Fort Stewart, Georgia, Schofield Barracks, Hawaii, Fort Polk,

Louisiana, Fort Drum, New York, West Point, New York, Fort Jackson, South Carolina, Fort Bliss, Texas, Fort Hood, Texas, Fort Sam Houston, Texas, Fort Gillem, Georgia, Fort Lee, Virginia, Fort Huachuca, Arizona, Fort Rucker, Alabama, Redstone Arsenal, Alabama, Fort Richardson, Alaska, Fort Wainwright, Alaska, Indianapolis, Indiana, Fort Leavenworth, Kansas, Fort Riley, Kansas, Fort Campbell, Kentucky, Fort Knox, Kentucky, Aberdeen Proving Ground, Maryland, Bethesda, Maryland, Fort Meade, Maryland, Fort Leonard Wood, Missouri, Fort Dix, New Jersey, Fort Bragg, North Carolina, Fort Sill, Oklahoma, Carlisle Barracks, Pennsylvania, Shaw AFB, South Carolina, Fort Eustis, Virginia, Joint Base Lewis-McChord, Washington, Fort McCoy, Wisconsin, and Fort Belvoir, Virginia

Your status is:

Ineligible for the following position or positions:

- GS-0545-5: You were not considered because your application does not show that you meet the Time In Grade requirements specified in the job opportunity announcement.

The following is your referral status for the position or positions to which you applied:

- You have not been referred to the hiring manager for position GS-0545-5 in Fort Campbell, Kentucky
- You have not been referred to the hiring manager for position GS-0545-5 in Fort Bliss, Texas
- You have not been referred to the hiring manager for position GS-0545-5 in Fort Hood, Texas
- You have not been referred to the hiring manager for position GS-0545-5 in Fort Sam Houston, Texas
- You have not been referred to the hiring manager for position GS-0545-5 in Joint Base Lewis-McChord, Washington

# Notification

Date: 10/4/2018 11:09:01 PM
From: USA Staffing
Subject: Disposition Letter for MILITARY PAY TECHNICIAN, D-DFAS-10291599-18
Dear Donald Kinsey,

Keeping you informed throughout the application process is important to us. You applied for:

Position Title: MILITARY PAY TECHNICIAN
Pay Plan: GS
Series/Grade: 0545 - 5
Vacancy ID: 10291599
Announcement Number: D-DFAS-10291599-18
Hiring Office: Defense Finance and Accounting Service

The details of your recent referral are as follows:

Appointment Type: Permanent
Specialty / Grade: 0545 - 5
Locations: Joint Base Lewis-McChord, Washington

The selecting official carefully considered the application packages.
The following is your referral status for the position or positions to which you applied:

- You have been referred to the hiring manager for position GS-0545-5 in Joint Base Lewis-McChord, Washington

We regret to inform you that you were not selected for the position of:

- GS-0545-5 in Joint Base Lewis-McChord, Washington

If this position was filled, then why was it once again on USAJOBS as the same position and announcement # months later. I submitted applications both times.

# Notification

Date: 1/2/2019 6:58:10 AM
From: USA Staffing
Subject: Disposition Letter for MILITARY PAY TECHNICIAN. D-DFAS-10291599-18
Dear Donald Kinsey.

Keeping you informed throughout the application process is important to us. You applied for:

Position Title: MILITARY PAY TECHNICIAN
Pay Plan: GS
Series/Grade: 0545 - 5
Vacancy ID: 10291599
Announcement Number: D-DFAS-10291599-18
Hiring Office: Defense Finance and Accounting Service

The details of your recent referral are as follows:

Appointment Type:
Specialty / Grade: 0545 - 5
Locations: Joint Base Lewis-McChord, Washington

The selecting official carefully considered the application packages.
The following is your referral status for the position or positions to which you applied:

- You have been referred to the hiring manager for position GS-0545-5 in Joint Base Lewis-McChord, Washington

We regret to inform you that you were not selected for the position of:

- GS-0545-5 in Joint Base Lewis-McChord, Washington

- 

    Help Center
- Donald Kinsey



**Proudly Serving America's Heroes**

Application Progress

Progress: 100%

**Position Title**

MILITARY PAY TECHNICIAN

**Agency**

Defense Finance and Accounting Service

**Announcement Number**

ML-10088089-18 Opens in new window

**Open Period**

Tuesday, November 28, 2017 to Wednesday, December 13, 2017

Application Package Status: Received

Announcement ML-10088089-18 was Closed on 12/13/2017

# Application Information

**Application Received:** 12/2/2017 3:34 PMView / Print Application (Opens in new window)

# Supporting Documents

| Documents | Name | Status | Date Submitted |
|---|---|---|---|
| Resume (required) | RESUME GS 5 12-2017 | Processed | 12/2/2017 15:34 EST |
| DD-214 | DRKINSEY - DD-214 | Processed | 12/2/2017 15:34 EST |
| SF-15 | SF-15 OCT 2014 | Processed | 12/2/2017 15:34 EST |
| SF-50 | SF-50 NOV 2016 | Processed | 12/2/2017 15:34 EST |
| Transcript | unofficial master's degree plan | Processed | 12/2/2017 15:34 EST |

| Documents | Name | Status | Date Submitted |
|---|---|---|---|
| | DRKINSEY - PLU TRANSCRIPT | Processed | 12/2/2017 15:34 EST |
| | VA CERT | Processed | 12/2/2017 15:34 EST |
| VA Letter, SF-813, Other | DISABILITY RATING | Processed | 12/2/2017 15:34 EST |

If you wish to submit additional documents to your application, return to the announcement on USAJOBS.gov (Opens in new window) and follow the instructions provided for submitting documents. Documents submitted with your application may not be permanently retained. Please keep copies of submitted documents for your personal records.

# Notifications

| Date Sent | Email Subject |
|---|---|

12/2/2017 3:35:34 PM   Application for MILITARY PAY TECHNICIAN, ML-10088089-18 was received.

12/2/2017 3:26:55 PM   Application for MILITARY PAY TECHNICIAN, ML-10088089-18 was received.

Notification text may not be permanently retained. Please keep copies of all notifications sent to you for your personal records.

**For more information, contact:**

HR Customer Care Center
(317) 212-0454
dfas.indianapolis-in.zh.mbx.dfasmeritcc@mail.mil

For this application, way back in 2017, no new notification since December 2, 2017.

To whom it may concern:

My name is Donald Kinsey.  I am a former employee for DFAS.  As of April 2017, because of medical issues, I quit my position as a GS 5 MILPAY technician. It was my sole decision to leave the job.  My intention was to get better, to reduce the medication that was causing much of the issues. I had requested for reasonable accommodation and was denied in part so I removed myself from the situation to better myself.  Since the latter portion of the year 2017 to the present, I have applied several times for a position as a GS 5 and GS 6 or a combination of the two. Several times I have been referred to the hiring authorities and each time been rejected.  I had several people help rewrite my resume, and with the same results, "you are referred but not selected." In 2018, I contacted JBLM concerning the rejections and receive to no answer back.

So with no answer, I can only assume that I am not being hired because of my disabilities, (my known disabilities) I say this because DFAS is very aware of my medical history and I pray this is not the case for me not being employed by DFAS. I can only assume this because I have not received any correspondent pertaining to the reason for being rejected. While employed by DFAS, when I would submit an application for GS-6, I would be passed over and received only one response to why I was not chosen to the next grade. That response was that I worked in the SRC, I worked there for 5 years while my peers was rotating through several sections receiving valuable training.

I also emailed the EEOC people at DFAS last year and did not receive any response from them as well.

I still talked to people at JBLM and is informed about people that have been hired as well as those that was hired and soon left. I was even told by Mr. Prester, that he has a position for me. (Smiling in my face, LOL).

What I really wanted to know was why I was not being rehired for the same position I was hired for in 2009. Or better, I was willing to take a GS-4 position if offered as was the last application. So when I was denied this, I felt like a reprisal has been established because of my previous encounter with DFAS and JBLM finance, even though i removed myself from the situation because of medical reason as not to cause anymore friction.

My contact information (1) email - drk.x2c@gmail.com (2) cell @ 253-549-5505.

Sincerely,

Donald Kinsey

## FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

**AUTHORITY:** 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106.

**PRINCIPLE PURPOSE:** Formal filing of allegation of discrimination because of race, color, religion, sex, disability, age, national origin or reprisal.

**ROUTINE USES:** Information in this system may be disclosed to Federal, State or local investigating agencies, the Congress when inquiring on behalf of the individual; to any official engaged in the investigation of settlement of matters at issue; to the EEOC as necessary; and to another Federal agency or court in compliance with a subpoena.

**DISCLOSURE:** Voluntary; however, failure to complete all appropriate portions of this form may adversely affect complaint processing.

**1. NAME OF COMPLAINANT (Last, First, Middle Initial)**
Kinsey, Donald R
**EMAIL ADDRESS** ark.x2c@gmail.com

**6. AGENCY DOCKET/COMPLAINT NO.**

**2. HOME PHONE**

**WORK PHONE NUMBER**

**CELL PHONE NUMBER**
(253) 549-5505

**7. NAME & AGENCY & ADDRESS OF ORGANIZATION WHERE ALLEGATIONS OCCURRED (Include city, state, and zip code)**
JBLM Military Finance

**3. HOME ADDRESS (Include city, state, & zip code)**
6809 125th St. Ct. E
Puyallup, WA 98373

**8. DO YOU HAVE A REPRESENTATIVE?**
☐ YES (Complete Item 9)   ☒ not yet

**4. ARE YOU A FEDERAL:**
☐ a.   EMPLOYEE: GRADE, SERIES, TITLE
_____

☐ b.   APPLICANT

**9. NAME, ADDRESS, & PHONE NUMBER OF REPRESENTATIVE (Include city, state, & zip code)**

**EMAIL ADRESS**
IS YOUR REPRESENTATIVE AN ATTORNEY?   ☐ YES   ☐ NO

**5. NAME & LOCATION OF YOUR WORK AGENCY AND ORGANIZATION**

**10. DATE OF MOST RECENT ACT OF ALLEGED DISCRIMINATION (MMDDYY)**

**11. REASON(S) YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW ALL THAT APPLY)**

a. RACE (If so, state your Race)

b. COLOR (If so, state your Color)

c. RELIGION (If so, state your Religion)

d. NATIONAL ORIGIN (If so, state your National Origin)

e. DISABILITY (Describe nature of your disability)
☐ Physical:     ☐ Mental:

f. AGE (If so, state your date of birth) [Applies to persons at least 40 years of age at the time of alleged discriminatory action.]

g. SEX (If so, state your gender)

X  H. REPRISAL (Provide date and nature of prior EEO-protected activity
Denial of Reasonable Accommodation 2016

**12. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR**
☐ a. YES (Complete 12c)   ☐ b. NO

**12c. IF "YES," NAME & PHONE NUMBER OF COUNSELOR**

**12d. DATE YOU FIRST ASKED TO SPEAK WITH EEO PERSONNEL**

**DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE**

**14. SUMMARIZE HOW, WHEN AND BY WHOM YOU WERE DISCRIMINATED AGAINST, including the date(s) of each alleged discriminatory incident). (How were you treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental, or physical disability or reprisal?) Continuation sheets may be used, if needed.**
In the beginning 2017, I just wanted answers for not being rehired. I got ignored as when I was an employee. I believe DFAS and Mr. Preston has something to do with me not being rehired. I worked above and beyond and JBLM for all finance files. I just wanted to know why. See attach documents please.

**15. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT?**
I tried to get answers for the reason I was not rehired. It became frustrating. So I believe I missed employment through DFAS and should be compensated.

**16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?**
☐ a. YES. Explain (Include date and MSPB Docket No.)   ☒ b. NO

**17. SIGNATURE OF COMPLAINANT**
Donald R Kinsey

**18. DATE OF COMPLAINT SIGNED BY COMPLAINANT (MMDDYY)**
06/02/19

**19. DATE COMPLAINT FILED/MAILED (EEO OFFICE USE ONLY)**

55

## INFORMATION CONCERNING DISCRIMINATION COMPLAINT PROCESSING UNDER TITLE 29 C.F.R. PART 1614

1. This form is for use if you are a federal employee or an applicant for federal employment and believe that you have been discriminated against because of your race, color, religion, sex, national origin, age *40 and above), disability, and/or reprisal. Before filing a formal complaint, you must first have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within 45 CALENDAR DAYS of the date of the alleged discriminatory event, the effective date of an alleged discriminatory personnel action or the date you presumably should have known the discriminatory event or personnel action.

2. Your complaint must be filed within 15 CALENDAR DAYS from the date of receipt of your final interview notice from the EEO Counselor.

3. These time limits may be extended by the agency only if you can show that you were not notified of the time limits and were not otherwise aware of them or that you were prevented by circumstances beyond your control from submitting the matter within the time limits or other reason considered sufficient by the agency.

4. If you need help in preparing your complaint, you may contact the agency's EEO office or the EEO Counselor. You may also ensure help from a representative of your choice or from an employee organization.

5. Your written complaint may only be filed by you with the officials designated in the Notice of Final Interview which you received. A complaint is deemed filed on the date it is received, if delivered to an appropriate official, or on the date postmarked if addressed to an appropriate official designated to receive complaints.

6. You may have a representative of your own choosing at all stages in the complaint process.

7. Upon acceptance, a discrimination complaint will be investigated by an investigator who is not under the jurisdiction of the head of that part of the agency in which the alleged discrimination took place. You will receive a copy of the investigative file.

8. If informal settlement is reached, the terms of the agreement will be reduced to writing and signed by all parties to the complaint. Copies will be provided to you and to the management official responsible for carrying out the settlement.

9. You will be notified of (a) the right to request a hearing conducted by an Administrative Judge appointed by the U.S. Equal Employment Opportunity Commission (EEOC) who will recommend a decision to the agency, followed by a FINAL AGENCY DECISION; or (b) the right to complete review and FINAL AGENCY DECISION without a hearing. A request for hearing or a FINAL AGENCY DECISION without a hearing must be made to the EEO Office within 45 CALENDAR DAYS OF RECEIPT of investigative file.

10. The decision of the agency shall require any remedial action authorized by law determined to be necessary or desirable to resolve the issue of discrimination and to promote the policy of equal opportunity, whether or not there is a finding of discrimination.

11. The decision of the agency shall be final only when the agency makes the determination on all the issues in the complaint, including whether or not to award attorney's fees or costs. If a determination to award attorney's fees or costs is made, the decision will not be final until the procedure is followed for determining the amount of the award as set forth in 29 C.F.R. 1614.501(e)

12. If you are dissatisfied with the FINAL AGENCY DECISION, you may appeal to the EEOC Office of Federal Operation (OFO) with 20 CALENDAR DAYS after receipt of the FINAL AGENCY DECISION. An appeal shall be deemed filed on the date it is postmarked or in the absence of the postmark, on the date it is received by the EEOC. Any statement or brief in support of the appeal must be submitted to the EEOC, OFO, and to the agency within 30 CALENDAR DAYS of filing the appeal. Instead of an appeal to EEOC, you may file a civil action to the appropriate federal district court with 30 CALENDAR DAYS of receipt of the FINAL AGENCY DECISION.

13. After appealing to the EEOC, and receiving a FINAL AGENCY DECISION from that agency, you may file a civil action to the appropriate federal court with 30 CALENDAR DAYS of receipt of that decision.

14. If the agency has not issued a FINAL AGENCY DECISION on a complaint within 180 days of the filing date, or if OFO has not rendered a FINAL DECISION within 180 days of your appeal to that office, you may file a civil action in the appropriate federal district court. Filing a civil action in court terminates the administrative processing of complaint or appeal.

NOTICE CONCERNING AGE DISCRIMINATION COMPLAINTS

15. Special procedures apply to age discrimination complaints and the time frames of filing a civil action to federal district court may not be the same as shown above.

Contact the EEO OFFICER for additional information.

IF FURTHER EXPLANATION OF THESE RIGHTS IS NECESSARY, REFER TO 29 C.F.R. 1614, EEO-MD 110 or CONTACT THE EEO OFFICE.

 **Gmail**                                                     **Donald Kinsey <drk.x2c@gmail.com>**

## hiring a disable veteran
1 message

**Donald Kinsey** <drk.x2c@gmail.com>                     Mon, Oct 8, 2018 at 11:32 AM
To: amanda.j.dinges.civ@mail.mil, hannah.l.meils.civ@mail.mil

Good morning,
My name is Donald Kinsey. you may be familiar with name, however, I am just asking a question. I left DFAS in April 2017 for medical reason. I did not have the leave to continue to see the doctors as I should, so instead of being a burden on the DFAS at JBLM, through a collaboration of my wife and my Pastor, it was decided to stop working for awhile to get my health issues in order. After 6 months of being off the medication , I submitted an application to go back to work. Since then, I have submitted several applications with at least 2 being referred and not selected. I even had one said that I did not have enough time in grade. At least I was told that much. I am not being told, after asking why I am not being selected, why or what.
So I am asking, this question... am I not being selected because of the lawsuit, or because of my disability? I say this because I have more than 7 years of experience. One of the last things I received from the DFAS at JBLM is an Employee of the Month (Quarter) during my last 3 months there. I never said to anyone in manager or anyone that I was quitting work because of any legal situation. I could not function properly to be as effective I wanted to be.

for your information, I am no longer taking several of the medications that gave me the horrible side-effects.

so once again I just want to know, why.

thank you.