**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONALD R. KINSEY**                                                                  **PLAINTIFF**

**v.**                                        **No. 4:23-cv-146-DPM**

**DEPARTMENT OF DEFENSE,
Defense Finance & Accounting
Service**                                                                            **DEFENDANT**

**ORDER**

Kinsey has paid the filing fee, *Doc. 1*, and moved for the appointment of counsel. *Doc. 2.* His motion to appoint counsel, *Doc. 2*, is denied without prejudice. The case is young and doesn't warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

The next issue is service of process. The Clerk must provide copies of the summons, the complaint, and this Order to the Marshal, who is directed to serve process by registered mail, restricted delivery, return receipt requested, to the following:

- Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. N.W., Room 4400, Washington D.C. 20530;

- Johnathan D. Ross, Acting United States Attorney, Eastern District of Arkansas, P.O. Box 1229, Little Rock, Arkansas 72203-1229; and

- Lloyd J. Austin, Secretary of Defense, Department of Defense, 1000 Defense Pentagon, Washington, DC 20301-4100.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

  25 April 2023