IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD R. KINSEY**                                                                 **PLAINTIFF**

v.                                    No. 4:23-cv-146-DPM

**DEPARTMENT OF DEFENSE,**
Defense Finance & Accounting
Service                                                                                    **DEFENDANT**

## ORDER

The motion to extend time, *Doc. 9*, is granted.  Answer or Rule 12(b) motion due by 31 July 2023.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2023