# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONALD R. KINSEY**                                                                              **PLAINTIFF**

**v.**                                            **No. 4:23-cv-146-DPM**

**DEPARTMENT OF DEFENSE,**
**Defense Finance & Accounting**
**Service**                                                                                          **DEFENDANT**

## ORDER

Joint status report, *Doc. 17,* and amended joint status report, *Doc. 18*, appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2024