IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD R. KINSEY**                                                    PLAINTIFF

v.                              No. 4:23-cv-146-DPM

**DEPARTMENT OF DEFENSE,**
Defense Finance & Accounting
Service                                                                  DEFENDANT

## ORDER

Unopposed motion, *Doc. 21*, granted. Dispositive motions due by 13 January 2025. Joint status report, *Doc. 22*, appreciated. The Court will not order a settlement conference unless all parties want one. Supplemental report from Department of Defense about the settlement conference due by 13 January 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2025