IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD R. KINSEY                                            PLAINTIFF

v.                          No. 4:23-cv-146-DPM

DEPARTMENT OF DEFENSE,
Defense Finance & Accounting
Service                                                     DEFENDANT

## ORDER

Supplemental status report, *Doc. 27*, appreciated. The Court will not order a settlement conference unless all parties want one.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 January 2025