IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD R. KINSEY                                                              PLAINTIFF

v.                               No. 4:23-cv-146-DPM

DEPARTMENT OF DEFENSE,
Defense Finance & Accounting
Service                                                                       DEFENDANT

## JUDGMENT

Kinsey's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

8 April 2025